Submitted April 17, 1969. *Alan Frank,* for appellant; *Charles B. Watkins,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth *v.* Brady, Appellant.

Submitted April 14, 1969. *R. Charles Thomas,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brady, Appellant.

Submitted April 14, 1969. *R. Charles Thomas,* for appellant; *David P. Truax,* Assistant District Attorney, and *Paul D. Shafer, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brady, Appellant.

Submitted April 14, 1969. *R. Charles*